UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL MARIE CARHART,<br><br>       Plaintiff,<br><br>  -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | 24-CV-2634 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  The briefing schedule in the District's Standing Order governing challenges to denials of social security benefits applies here. *See In re: Briefing of Social Security Cases*, 22-MC-00329 (LTS), M 10-468; *see also* ECF No. 3.

Dated: April 22, 2024
    New York, New York

                   SO ORDERED.

                   */s/ Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge