**Olinsky Law Group**
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*　　　　　　　　　　　　July 1, 2024
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

　　　　　　　Re:　Carhart v. O'Malley, Commissioner of Social Security
　　　　　　　　　　Docket No: 1:24-cv-02634-JGLC-RFT

Hon. Judge Tarnofsky:

　　　This letter respectfully requests an extension of time of twenty-eight (28) days for Plaintiff to file Plaintiff's Brief in this matter, to August 7, 2024. Plaintiff's Brief is currently due on July 10, 2024; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

　　　Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between June 28, and August 5, 2024, staff in Counsel's office have ninety-five (95) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

　　　Plaintiff's counsel has contacted defense counsel who has no objection to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This would be a first request for an extension of time in this matter.

　　　If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before August 7, 2024;**
- **Defendant's Brief is due on or before October 7, 2024; and**
- **Plaintiff's Reply Brief, if any, is due on or before October 28, 2024.**

//
//

Thank you for your consideration.

                                                    Respectfully submitted,

                                                    */s/ Howard D. Olinsky*
                                                    Howard D. Olinsky, Esq.
                                                    Counsel for Plaintiff

CC [via ECF]: Ariella Renee Zoltan, Esq., Attorney for Defendant

---

Application GRANTED. No further extensions absent good cause shown.

DATED: July 3, 2024
       New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE